114

STATE OF MONTANA,
Plaintiff,                                    NO. DC 98-207
vs.                                           DECISION
George E. Nunnally,
Defendant.

On June 23, 1998, the Defendant was sentenced to five (5) years to the Montana State Prison, to run concurrent to the sentence imposed in Cause Number DC 96-575.

On November 5, 1998, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and advised of his right to be represented by counsel. The Defendant proceeded Pro Se. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be continued until the February, 1999, meeting, giving the defendant the opportunity to proceed with counsel if he so desires.

Done in open Court this 5th day of November, 1998.

DATED this 10th day of December, 1998.

**Chairman, Hon. Wm. Nels Swandal, Member, Hon. Jeffrey H. Langton and Member, Hon. Richard G. Phillips.**